FILED

MAR 1 8 2010

U.S. BANKRUPTCY COURT
BY _____ DEPUTY

U. S. District Bankruptcy Court
Western District of Texas
San Antonio Division

| | | |
|---|---|---|
| RHETT WEBSTER PEASE | § | CAUSE No: 10-5011 C |
|     Plaintiff | § | |
| | § | |
| v. | § | |
| | § | |
| | § | |
| FIRST NATIONAL BANK OF GIDDINGS | § | |
| WRIGHT & GREENHILL, P.C. | § | |
|     Defendants | § | |

## PLAINTIFF'S REQUEST
## FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT

Plaintiff asks the clerk of the court to enter default and default judgment against defendant,

as authorized by Federal Rule of Civil Procedure 55.

### A. Introduction

1.    Rhett Webster Pease is plaintiff.  First National Bank of Giddings is defendant.

2.    On January 28, 2010, plaintiff sued defendants for fraud, slander and malicious prosecution.

3.    On February 4, 2010, First National Bank of Giddings was served with summons and a

copy of plaintiff's complaint by certified mail # 70083230000062584716.  A copy of the return

of service is attached as Exhibit A.  Defendant did not file a responsive pleading or otherwise

defend the suit.

4.    Plaintiff is, therefore, entitled to entry of default.

### B. Argument & Authorities

5.    The clerk of the court may enter default and default judgment against a party who has not

filed a responsive pleading or otherwise defended the suit and when the affirmative relief sought

is a calculable sum certain.  Fed.R.Civ.P 55(a);(b)(1). However, the clerk of the court may not

enter default judgment against a minor, an incompetent person, or a member of the United States Military. Fed. R. Civ. P. 55(b)(1), (e); 50 U.S.C. app.§520(a).

6.   The clerk should enter a default and default judgment against defendant because, although duly served, defendant did not file an answer within 20 days after February 4, 2010. Fed.R.Civ.P. 12(a)(1)(A).

7.   Plaintiff meets the procedural requirements for obtaining both entry of default and default judgment from the clerk as demonstrated by Rhett Webster Pease's sworn affidavit, attached as Exhibit B.

8.   Defendant is not an infant, an incompetent person, nor a member of the United States military. Fed.R.Civ.P.55 (b)(1); 50 U.S.C. app. §520 (1). An affidavit of defendant's military status is attached as Exhibit C.

9.   Because defendant did not file a responsive pleading or otherwise defend the suit, defendant is not entitled to notice of entry of default. Fed.,R.Civ.P. 55(b)(1); *Key Bank v. Tablecloth Textile Corp.*, 74 F.3d 349, 352-53 (1st Cir. 1996).

10.  The damages set forth in plaintiff's complaint are liquidated and proved by affidavit, attached as Exhibit D.

11.  Plaintiff also seeks costs of court.

## C. Conclusion

9.   Defendant was properly served with service of process, the time since service has been more than 20 days. The return of service has been in the record of the court for more than ten days. Plaintiff, therefore, is entitled to entry of default and default judgment.

## D. Prayer

10.  For these reasons, plaintiff asks the clerk to enter default and default judgment in favor of

plaintiff for the sum of $8,020,000, plus costs of court.

Respectfully,

Rhett Webster Pease
c/o 6715 Skynook Drive
Austin, Texas 78745
(512) 699-0164

U. S. District Bankruptcy Court
Western District of Texas
San Antonio Division

| | | |
|---|---|---|
| RHETT WEBSTER PEASE | § | CAUSE NO. 10-5011-C |
| Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | |
| | § | |
| FIRST NATIONAL BANK OF GIDDINGS | § | |
| WRIGHT & GREENHILL, P.C. | § | |
| Defendants. | § | |

## PLAINTIFF'S AFFIDAVIT IN SUPPORT OF DAMAGES

STATE OF TEXAS        }
COUNTY OF TRAVIS    } ss

On this day, Rhett Webster Pease appeared before me, the undersigned notary public. After I administered an oath to him, upon his oath, he said:

"My name is Rhett Webster Pease. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and true and correct.

This cause of action arises from the defendants persistent and unrelenting terrorism against Plaintiff by determining him to be a tenant at sufferance without any agreement by Plaintiff to submit to said position.

Defendants have sued Plaintiff numerous times relating to a mortgage loan that was initiated by Plaintiff"s brother. Defendants have no legal right to continue to terrorize Plaintiff and he proposed a performance contract that would charge Defendants $2,500,000.00 per incident.

The Defendants have performed and continue to perform. Plaintiff has sent numerous invoices to Defendants and they have at all times refused to tender payment.
The damages are liquidated pursuant to the agreement at $8,020,000.00.

Further affiant sayeth not."

_____
Rhett Webster Pease, affiant

SWORN TO AND SUBSCRIBED before me by Rhett Webster Pease on March 16, 2010.

_____
Notary Public in and for
the State of Texas

I. Boyd
Public
of Texas
ssion Expires
22, 2012

Form B 250A (12/09)

**FILED**

MAR 0 1 2010

U.S. BANKRUPTCY COURT
BY _____ DEPUTY

## United States Bankruptcy Court

_WESTERN_ District Of _TEXAS_

In re _RHETT W. PEASE_ ,                    )    Case No. _09-54754C_
　　　　　　Debtor                            )
                                             )    Chapter _13_
_Rhett W. Pease_                             )
　　　　　　Plaintiff                         )
                                             )
                                             )    Adv. Proc. No. _10-5011 C_
　　　　v.                                    )
_First National Bank Giddings_               )
_Wright + Greenhill P.C._                    )
　　　　　Defendant                           )
_Bill Landiss_                               )

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

　　　Address of the clerk:　_615 E. Houston_
　　　　　　　　　　　　　　_San Antonio, TX 78295_

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

　　　Name and Address of Plaintiff's Attorney:　_Rhett W. Pease_
　　　　　　　　　　　　　　　　　　　　　　_1033 FR 7039_
　　　　　　　　　　　　　　　　　　　　　　_Lexington, TX 78947_

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**GEORGE D. PRENTICE, II** _____ (Clerk of the Bankruptcy Court)

Date: _01/28/10_

By: _____ (Deputy Clerk)

# CERTIFICATE OF SERVICE

I, _DESSIE ANDREWS_ (name), certify that service of this summons and a copy of the complaint was made _FEB. 3, 2010_ (date) by:

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:
_BILL LANDISS, FIRST NATIONAL BANK-GIDDINGS TX 108 E. AUSTIN, 78942_ 7008 3230 0000 6258 4716

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _2/3/10_                   Signature _____

Print Name : _DESSIE ANDREWS_

Business Address: _6715 SKYLOOK DR._
_AUSTIN, TX 78735_

USPS - Track & Confirm                            http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do

# UNITED STATES POSTAL SERVICE.

Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7008 3230 0000 6258 4716**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 9:58 AM on February 4, 2010 in GIDDINGS, TX 78942.

Detailed Results:

* **Delivered, February 04, 2010, 9:58 am, GIDDINGS, TX 78942**
* **Arrival at Unit, February 04, 2010, 7:36 am, GIDDINGS, TX 78942**

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  **Go >**

Track & Confirm

Enter Label/Receipt Number.

**Go >**

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



of 1

2/27/2010 1:12 PM

U. S. District Bankruptcy Court
Western District of Texas
San Antonio Division

| | | |
|---|---|---|
| RHETT WEBSTER PEASE | § | CAUSE No: 10-5011 C |
|     Plaintiff | § | |
| | § | |
| v. | § | |
| | § | |
| FIRST NATIONAL BANK OF GIDDINGS | § | |
| WRIGHT & GREENHILL, P.C. | § | |
|     Defendants | § | |

## SOLDIERS' & SAILORS' AFFIDAVIT

STATE OF TEXAS      }
COUNTY OF TRAVIS    }

On this day, Rhett Webster Pease appeared before me, the undersigned notary public. After I administered an oath to him, on his oath, he said:

"My name is Rhett Webster Pease. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

Defendant, First National Bank of Giddings, is not in the military. Defendant is a corporation doing business as a bank and can not serve and does not serve in the military.

_____
Rhett Webster Pease

SWORN TO and SUBSCRIBED before me by Rhett Webster Pease on March 16, 2010.

Paula M. Boyd
Notary Public
State of Texas
My Commission Expires
April 22, 2012

_____
Notary Public in and for the State of Texas